IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| REGINALD REESE | § | |
| v. | § | CIVIL ACTION NO. 5:09cv144 |
| RISSIE OWENS, ET AL. | § | |

MEMORANDUM ADOPTING INITIAL REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Plaintiff Reginald Reese, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Reese's lawsuit concerns the issuance of an allegedly invalid parole violation warrant. After review of the pleadings, the Magistrate Judge issued a Report recommending that three of the Defendants, Brad Livingston, Nathaniel Quarterman, and the Texas Board of Pardons and Paroles, be dismissed from the lawsuit with prejudice. The Magistrate Judge concluded that Livingston, the executive director of the Texas Department of Criminal Justice, and Quarterman, the former director of the Institutional Division of TDCJ, had no personal involvement, and that the Texas Board of Pardons and Paroles had sovereign immunity from suit. Reese received a copy of this Report on April 27, 2010, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in the cause and the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's claims against Brad Livingston, Nathaniel Quarterman, and the Texas Board of Pardons and Paroles be and hereby are DISMISSED with prejudice as frivolous and for failure to state a claim upon which relief may be granted. The dismissal of these claims and parties should have no effect upon the remaining claims and parties in this lawsuit. Finally, it is

ORDERED that the dismissal of these clams and parties shall not count as a strike for purposes of 28 U.S.C. §1915(g).

**SIGNED this 28th day of September, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE